IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30103
_____


ASBESTOS WORKERS LOCAL 53 PENSION FUND;
ASBESTOS WORKERS LOCAL 53 WELFARE FUND;
ASBESTOS WORKERS LOCAL 53 VACATION FUND;
ASBESTOS WORKERS LOCAL 53 APPRENTICESHIP
FUND,

                                        Plaintiffs-Appellees,

                          versus

INTERNATIONAL  MAINTENANCE CORPORATION,

                                        Defendant-Appellant.
_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
USDC No. 98-CV-2017-J
_____
December 21, 2000
Before JOLLY and DAVIS, Circuit Judges, and RESTANI, Judge.[*]

PER CURIAM:[**]

    After a review of the briefs and records in this case, and

consideration of the arguments of counsel, we affirm the district

court's judgment.  We conclude that the district court did not err

in holding that Asbestos Workers Local 53 Pension Fund and the

other benefit trust funds in this case have standing to recover

_____

        [*]Judge of the U.S. Court of International Trade, sitting by
designation.

        [**]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

benefit contributions, and that International Maintenance Corporation ("IMC") violated the collective bargaining agreement ("CBA"). Furthermore, we note that IMC did not meet the burden of proof necessary to show that it complied with the hiring hall clause of the CBA in hiring Raymond Aymond and Jerry Bendily. The judgment of the district court is, therefore,

A F F I R M E D .